**No. 61510.**—A. E. Coppersmith and J. S. Walker et al. v. United States, protests 303817–K, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of toilet-box assemblies the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C. D. 1778), the claim of the plaintiffs was sustained.